**DISMISS and Opinion Filed March 21, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-01135-CV**

**EMERGETECH, INC., Appellant**

**V.**

**TTS, LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09409**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Smith, and Breedlove
Opinion by Justice Smith

Before the Court is appellant's motion to dismiss the appeal based on settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Craig Smith/
CRAIG SMITH
JUSTICE

221135F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

EMERGETECH, INC., Appellant

No. 05-22-01135-CV        V.

TTS, LLC, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-09409. Opinion delivered by Justice Smith, Justices Partida-Kipness and Breedlove participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee TTS, LLC recover its costs, if any, of this appeal from appellant Emergetech, Inc.

Judgment entered March 21, 2023.